UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAFETY-KLEEN, INC., <br><br> Plaintiff, <br> -v- <br><br> DAVID G. WOODS, PENNSTAR, LLC, and COOLANTS PLUS, INC., <br><br> Defendants. | Case No. 1:18-cv-10645 |

## AFFIDAVIT OF DARRIN WARD

My name is Darrin Ward. I am an Ohio resident and over 18 years of age. I could and would testify, from my own knowledge, as to the following:

1. I am the Chief Operating Officer of Coolants Plus, Inc. ("Coolants Plus"). I am familiar with its business records and employment rolls. David Woods is not employed by and performs no services for Coolants Plus.

2. PennStar, LLC ("PennStar") was formed in connection with a transaction whereby PennStar acquired substantially all of the assets of a company named Scot Lubricants, including a production facility in Pennsylvania, goodwill, and customer accounts.

3. PennStar, and Scot Lubricants before it, have had an existing customer relationship with Circle Lubricants. Specifically, Circle Lubricants placed 15 orders with Scot Lubricants in 2017, before Mr. Woods resigned from Safety-Kleen.

4. PennStar sells a significant volume of products to Circle Lubricants that do not compete with any product offered by Safety-Kleen, including Economy Hydraulic Fluids.

5.      Since PennStar was created in December 2017, the company has earned only three new customers (defined as entities that were not previously Scot Lubricants customers). So far as I am aware, none of these customers were previously customers of Safety-Kleen.

FURTHER, AFFIANT SAYETH NAUGHT.

_____
Darrin Ward

Signed this 10th day of April, 2018.

8329842.1